# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

FILED
JUL 30 2019
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

JESSE T. GILMORE, Petitioner,

*Plaintiff(s)*
v.
JENNIFER SAAD, Respondent.

Civil Action No. 5:18-CV-90

*Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award  ☐ Judgment costs  ☐ Other

This action was:

☐ tried by jury  ☐ tried by judge  ☒ decided by judge

decided by Judge Frederick P. Stamp, Jr.

IT IS ORDERED that the Magistrate Judge's Report and Recommendation is AFFIRMED and ADOPTED in its entirety; that the Petition for Writ of Habeas Corpus is DENIED and DISMISSED WITHOUT PREJUDICE; that Petitioner has failed to Object, thus waiving his right to seek appellate review; and that this Civil Action is DISMISSED WITHOUT PREJUDICE and STRICKEN from active docket of this Court.

Date: July 30, 2019

CLERK OF COURT
Cheryl Dean Riley

*Signature of Clerk or Deputy Clerk*